IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR075 |
| vs. | : | Magistrate Judge Michael J. Newman |
| MICHAEL KETCHEN, | : | |
| Defendant. | : | |

**ENTRY PLACING DEFENDANT ON PRE-JUDGMENT PROBATION**

Upon Motion of Defendant Ketchen, and for good cause shown, Defendant Ketchen is placed on pre-judgment probation for a period of one (1) year pursuant to 21 U.S.C. § 844(a). The Court finds that Defendant Ketchen has not been convicted of violating a federal or state law relating to controlled substances nor has he been previously subject to disposition under this section.

The Court places Defendant Ketchen on pre-judgment probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Conditions that: (1) The Defendant is not permitted to travel outside the Southern District of Ohio without prior written approval and permission of Magistrate Judge Newman; (2) The Defendant shall be drug tested at least once a month if not more frequently; (3) If the Defendant tests positive on any drug test, the Probation Department is to notify Judge Newman immediately; (4) The Defendant shall participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include drug testing, at the direction of the Probation Officer.

The imposition of probation is entered without entering a judgment of conviction, and the judgment in this matter will be held in abeyance pending Defendant Ketchen's completion of the probationary period. During the probationary period, any positive drug test, or any violation of this Order will result in violation proceeding being initiated before the Court.


November 15, 2012                                       s/Michael J. Newman
                                                   Michael J. Newman
                                               United States Magistrate Judge